USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/22/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

v.

BRETT G. HARTSHORN,

        Defendant.

No. 16-CV-9802 (ALC)

## ORDER EXTENDING STAY

Pursuant to the Court's Order dated May 1, 2019, this case was stayed until June 24, 2019. Pursuant to the Court's Order dated June 17, 2019, the stay was extended to July 24, 2019.

Pursuant to the Status Report dated July 19, 2019, the **STAY** in this case is hereby **EXTENDED** until August 26, 2019. The Parties are hereby **ORDERED** to provide the Court with a Joint Status Report on or before August 20, 2019.

**SO ORDERED.**

Dated:    July 22, 2019
             New York, New York

                                                            ANDREW L. CARTER, JR.
                                                            **United States District Judge**