UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>BRETT G. HARTSHORN,<br><br>      Defendant. | No. 16-CV-9802 (ALC) |

## ORDER EXTENDING STAY

Pursuant to the Court's Order dated May 1, 2019, this case was stayed until June 24, 2019. Pursuant to the Court's Orders dated June 17, 2019, July 22, 2019, August 20, 2019, and September 20, 2019 (ECF Nos. 56, 59, 62, 65, 66), the stay was extended to July 24, 2019, August 26, 2019, September 26, 2019, and December 20, 2019, respectively.

Pursuant to the Status Report dated December 13, 2019, the **STAY** in this case is hereby **EXTENDED** until March 20, 2020. The Parties are hereby **ORDERED** to provide the Court with a Joint Status Report on or before March 13, 2020, and in any event to submit a status report to the Court before March 13, 2020 if there are developments in the criminal matter.

**SO ORDERED.**

Dated:  December 16, 2019
     New York, New York

                  _____
                  ANDREW L. CARTER, JR.
                  United States District Judge