USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                 **Plaintiff,**<br><br>    v.<br><br>**BRETT G. HARTSHORN,**<br><br>                 **Defendant.** | No. 16-CV-9802 (ALC) |

## ORDER EXTENDING STAY

Pursuant to the Court's Order dated May 1, 2019, this case was stayed until June 24, 2019. Pursuant to the Court's Orders dated June 17, 2019, July 22, 2019, August 20, 2019, September 20, 2019, and December 16, 2019 (ECF Nos. 56, 59, 62. 65, 66, 69), the stay was extended to July 24, 2019, August 26, 2019, September 26, 2019, December 20, 2019, and March 20, 2020, respectively.

Pursuant to the Status Report dated March 13, 2020, the parties have advised that the CFTC's Division of Enforcement and Mr. Hartshorn have reached a settlement in principle. Accordingly, the **STAY** in this case is hereby **EXTENDED** until June 22, 2020. The Parties are hereby **ORDERED** to submit the proposed consent order, report back to the Court regarding the status of this case, or otherwise make further requests as appropriate, on or before June 22, 2020. **SO ORDERED**.

**Dated:**     **March 17, 2020**
               **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**